

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT-WI

'10 FEB 16 A9:20

2010 FEB -9 A 10:54

JON W. SANFILIPPO
CLERK

U.S. MARSHAL
MILWAUKEE, WI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 10-CR-12 |
| TRAVIS LUEDKE | ) | |
| Defendant | ) | |

43161-208

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Travis Luedke,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: 18: 1343 and 1349 Fraud by wire

Date: Feb 8, 2010

BD Ferrill
*Signed name and Title*

City and state: Milwaukee, Wisconsin

JON W. SANFILIPPO, Clerk, U.S. District Court
By: B.D. Ferrill, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2/9/10, and the person was arrested on *(date)* 2/11/10
at *(city and state)* Tucson, AZ.

Date: 2/11/10

*Arresting officer's signature*

SA Lainson, USPS
*Printed name and title*